UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIA BERRY,

    Plaintiff,

v.

                              Case No. 24-12834
                              Hon. Jonathan J.C. Grey

THE OFFICE OF REPRESENTATIVE
SHRI THANEDAR, U.S. HOUSE OF
REPRESENTATIVES,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

On October 28, 2024, Valeria Berry brought this action pro se against the Office of U.S. Representative Shri Thanedar ("Thanedar") alleging violations of the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 621, *et seq.* (ECF No. 1.) On that same day, Berry filed an application to proceed without prepaying fees or costs. (ECF No. 2.) On October 30, 2024, the Court granted Berry's application (ECF No. 4) and ordered Berry to "complete and present to the Clerk's Office [specific] documents to effect service in this case" within fourteen days of the Court's Order. (ECF No. 5.) On November 14, 2024, the Court mailed both Orders to Berry, but her mail was returned as undeliverable on

December 3, 2024. (ECF No. 7.) As of this date, December 5, 2024, Berry has not responded to the Court's order.

When it appears that a party has taken no action for a reasonable time, the Court may, "on its own motion after reasonable notice . . . , enter an order dismissing or remanding the case unless good cause is shown." E.D. Mich. LR 41.2. Failure to comply with an Order from the Court may result in dismissal of the case. Berry has not completed and presented the requested documents to the Clerk's Office. Berry is **ORDERED** to show cause **on or before December 20, 2024** why this Court should not dismiss the case for failure to prosecute under Local Rule 41.2.

**SO ORDERED.**

Dated: December 5, 2024

<u>s/Jonathan J.C. Grey</u>
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 5, 2024.

s/ <b>S. Osorio</b><br>
Sandra Osorio<br>
Case Manager