UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D

JAN 16 2025

CLERK'S OFFICE
DETROIT

Valeria Berry **Plaintiff,**

vs.

U.S, Houser of Representatives

Case No. 24-12834

Judicial Officer: Judge Grey

**Defendant(s).**

## Notice of Change of Address

To whom this Concerns,

I have a change of address for my mail moving forward. Please change to:

4236 Seneca
Detroit, MI 48214
Phone number: 601-287-2343
Email ~~valerie~~ vbberry-4@hotmail.com

_____
_____
_____
_____
_____
_____
_____
_____
_____

*Valerie Berry*
Signature of Filer

*Valeria Berry*
Printed Name

Date: *Jan 14, 2025*

4236 Seneca
Street Address

Detroit MI 48214
City, State, Zip Code

601.287.2343
Telephone Number