January 22, 2025


United States District Court

Eastern District of Michigan

Southern Division

Re: Case No. 24-12834


My name is Valeria Berry and my case should not be dismissed being that I feel as if I have experienced discrimination regarding my age and other attributes.

No one in the district office or the D. C. office are over 40 years of age other than the Congressman Thanedar and myself.

I should not have been humiliated in front of my colleagues that I can't comprehend due to being too old.

This is why I feel my case needs to proceed.


Thank you.