**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VALERIA BERRY,

    Plaintiff,

v.

THE OFFICE OF REPRESENTATIVE
SHRI THANEDAR, U.S. HOUSE OF
REPRESENTATIVES,

    Defendant.
_____/

Case No. 24-12834
Hon. Jonathan J.C. Grey

## ORDER VACATING ORDERS TO SHOW CAUSE (ECF Nos. 8, 11) AND ORDER DIRECTING PLAINTIFF TO COMPLY ORDER REGARDING SERVICE (ECF No. 5)

On October 30, 2024, the Court granted Plaintiff Valeria Berry's application to proceed without prepaying fees or costs and ordered Berry to "complete and present to the Clerk's Office [specific] documents to effect service in this case" within fourteen days of the Court's Order. (ECF Nos. 4, 5.) The Court repeatedly mailed its Orders to Berry, but all mail was returned as undeliverable. (ECF Nos. 7, 9, 10.)

The Court issued two separate Orders for Berry to show cause why the case should not be dismissed for failure to prosecute. (ECF No. 8, 11.) On January 16, 2025, Berry filed a notice of address change. (ECF No.

12.) On January 22, 2025, Berry responded to the Orders to show cause. (ECF No. 15.) Berry asked for her case not to be dismissed because she believes she experienced age discrimination and was humiliated by her experience. (*Id.*)

Accordingly, since Berry has updated her address in accordance with Local Rule 11.2 and expressed her commitment to prosecuting this matter, the Court accepts the response and **VACATES** the Orders to show cause. (ECF Nos. 8, 11.)

**IT IS FURTHER ORDERED** that Berry must comply with the Court's October 30, 2024 Order (ECF No. 5) **on or before February 11, 2025. Failure to comply will result in dismissal of the case.**

SO ORDERED.

Date: January 28, 2025

s/Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

2

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 28, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager

3