AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Valeria Berry )
)
)
                          *Plaintiff,* )    Civil Action No. 2:24-cv-12834
)
v. )
)
U.S. House of Representative, Office of )    Hon. Jonathan J.C. Grey
)
)
                         *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

F I L E D
FEB 1 2 2025
CLERK'S OFFICE
DETROIT

To:    United States Attorney

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Valeria Berry
    P.O. Box 14054
    Detroit, MI 48214

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By:  s/ JParker
       *Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 12, 2025

