# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| VALERIA BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:24-cv-12834 |
| OFFICE OF REPRESENTATIVE ) | Hon. Jonathan J.C. Grey |
| SHRI THANEDAR ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Kimberly C. Williams, Senior Associate Counsel, Office of House Employment Counsel (OHEC), U.S. House of Representatives, 4300 O'Neill House Office Building, Washington, D.C. 20515, hereby enters her appearance as counsel for Defendant, the Office of Representative Shri Thanedar, in the above-referenced matter pursuant to LR 83.20(g) and 2 U.S.C. § 1408(d).  OHEC designates Zak Toomey, Chief, Civil Defensive Litigation, United States Attorney's Office, Eastern District of Michigan, to receive service of all notices and papers on its behalf in this matter.

The contact information for service is:

    Zak Toomey
    Chief, Civil Defensive Litigation
    United States Attorney's Office
    Eastern District of Michigan
    211 W. Fort Street
    Suite 2001
    Detroit, Michigan 48226-3211

    Telephone: (313) 226-9617
    Email: zak.toomey@usdoj.gov
    MO 61618

                                     Respectfully submitted,

                                     By:  s/ Kimberly C. Williams
                                     Kimberly C. Williams, VSB #41325
                                     Kim.Williams@mail.house.gov
                                     Victoria F. Murphy, D.C. Bar #9005228
                                     Victoria.Murphy@mail.house.gov
                                     Ritika Rajappa, D.C. Bar #90014734
                                     Ritika.Rajappa@mail.house.gov
                                     Ann R. Rogers, D.C. Bar #441622
                                     Ann.Rogers@mail.house.gov
                                     U.S. House of Representatives
                                     Office of House Employment Counsel
                                     4300 O'Neill House Office Building
                                     Washington, DC 20515
                                     (202) 225-7075

DATED:     March 13, 2025