**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
950 Pennsylvania Ave. NW.
Washington, DC 20530-0001

9590 9402 8124 2349 7403 74

2. Article Number *(Transfer from service label)*

9589 0710 5270 0231 9445 76

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

MAR 17 REC'D

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
enter delivery address below:  ☐ No

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☑ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

METROPLEX MI 480

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8124 2349 7403 74

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

USMS
231 W. LAFAYETTE
DETROIT, MI 48226