# PROPOSED DATES FOR INCLUSION IN THE
# RULE 26(f) REPORT FOR JUDGE GREY'S CASES

**Initial Disclosures** must be exchanged by: _____

**Amendments to Pleadings or Joinder of Parties**
   must be filed by: _____

**Initial Witness List** must be exchanged by: _____

**Fact Discovery** must be completed by: _____

**Expert Discovery:**
Proponent's Expert Disclosures/Reports must be served by: _____

Rebuttal Expert Disclosures/Reports must be served by: _____

Expert Discovery must be completed by: _____

**Dispositive Motion Cutoff:** _____

**Desired\* Final Pretrial Conference Month:** _____

**Desired\* Trial Month** (also, please specify whether bench or jury trial and estimated trial days) _____

**\*The Court will determine the actual Final Pretrial Conference and Trial dates, as the Court's calendar and the timeline of the case, including whether any dispositive motions are filed, will impact the establishment of these dates**