# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| VALERIA BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:24-cv-12834 |
| OFFICE OF REPRESENTATIVE ) | Hon. Jonathan J.C. Grey |
| SHRI THANEDAR ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Victoria F. Murphy, Associate Counsel, Office of House Employment Counsel (OHEC), U.S. House of Representatives, 4300 O'Neill House Office Building, Washington, D.C. 20515, hereby enters her appearance as counsel for Defendant, the Office of Representative Shri Thanedar, in the above-referenced matter pursuant to LR 83.20(g) and 2 U.S.C. § 1408(d). OHEC designates Zak Toomey, Chief, Civil Defensive Litigation, United States Attorney's Office, Eastern District of Michigan, to receive service of all notices and papers on its behalf in this matter.

The contact information for service is:

>Zak Toomey
>Chief, Civil Defensive Litigation
>United States Attorney's Office
>Eastern District of Michigan
>211 W. Fort Street
>Suite 2001
>Detroit, Michigan 48226-3211
>
>Telephone: (313) 226-9617
>Email: zak.toomey@usdoj.gov
>MO 61618

                                            Respectfully submitted,

                                            By:  <u>s/ Victoria F. Murphy</u>
                                            Kimberly C. Williams, VSB #41325
                                            Kim.Williams@mail.house.gov
                                            Victoria F. Murphy, D.C. Bar #90005228
                                            Victoria.Murphy@mail.house.gov
                                            Ritika Rajappa, D.C. Bar #90014734
                                            Ritika.Rajappa@mail.house.gov
                                            Ann R. Rogers, D.C. Bar #441622
                                            Ann.Rogers@mail.house.gov
                                            U.S. House of Representatives
                                            Office of House Employment Counsel
                                            4300 O'Neill House Office Building
                                            Washington, DC 20515
                                            (202) 225-7075

DATED:     May 8, 2025