## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

VALERIA BERRY,

      Plaintiff,                                      Case No. 24-12834
                                           Hon. Jonathan J.C. Grey

v.

OFFICE OF REPRESENTATIVE
SHRI THANEDAR

      Defendant.
_____/

## ORDER GRANTING JOINT REQUEST TO ADJOURN SCHEDULING CONFERENCE (ECF No. 30)

Before the Court is the parties' joint request to adjourn the scheduling conference. (ECF No. 30.) The Court, being fully advised in the premises, **HEREBY ORDERS** that the scheduling conference is **RESET** to June 26, 2025 at 1:30 p.m.

     **SO ORDERED.**

                                    **s/Jonathan J.C. Grey**
                                    Jonathan J.C. Grey
Date: June 2, 2025                  United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 2, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager