# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| VALERIA BERRY, </br></br> Plaintiff, </br></br> v. </br></br> OFFICE OF REPRESENTATIVE SHRI THANEDAR </br></br> Defendant. | Case No. 2:24-cv-12834 </br> Hon. Jonathan J.C. Grey |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Ritika Rajappa, Associate Counsel, Office of House Employment Counsel (OHEC), U.S. House of Representatives, 4300 O'Neill House Office Building, Washington, D.C. 20515, hereby enters her appearance as counsel for Defendant, the Office of Representative Shri Thanedar, in the above-referenced matter pursuant to LR 83.20(g) and 2 U.S.C. § 1408(d). OHEC designates Zak Toomey, Chief, Civil Defensive Litigation, United States Attorney's Office, Eastern District of Michigan, to receive service of all notices and papers on its behalf in this matter.

The contact information for service is:

>Zak Toomey
>Chief, Civil Defensive Litigation
>United States Attorney's Office
>Eastern District of Michigan
>211 W. Fort Street
>Suite 2001
>Detroit, Michigan 48226-3211
>
>Telephone: (313) 226-9617
>Email: zak.toomey@usdoj.gov
>MO 61618

                                        Respectfully submitted,

                                        By:  <u>s/ Ritika Rajappa</u>
                                        Kimberly C. Williams, VSB #41325
                                        Kim.Williams@mail.house.gov
                                        Victoria F. Murphy, D.C. Bar #90005228
                                        Victoria.Murphy@mail.house.gov
                                        Ritika Rajappa, D.C. Bar #90014734
                                        Ritika.Rajappa@mail.house.gov
                                        Ann R. Rogers, D.C. Bar #441622
                                        Ann.Rogers@mail.house.gov
                                        U.S. House of Representatives
                                        Office of House Employment Counsel
                                        4300 O'Neill House Office Building
                                        Washington, DC 20515
                                        (202) 225-7075

DATED:     June 25, 2025