

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

VALERIA BERRY,

Plaintiff,

v.

Case No. 2:24-cv-12834
Hon. Jonathan J.C. Grey

OFFICE OF REPRESENTATIVE
SHRI THANEDAR

Defendant.

RECD USDC - CLRK DET
2025 AUG 29 PM4:34

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Valeria Berry, respectfully notifies this Court of her voluntary dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff initiated this case pro se in good faith.
2. Due to ongoing personal hardships, including homelessness and unemployment, Plaintiff is presently unable to dedicate the focus required to continue litigation.
3. Plaintiff therefore elects to dismiss this case **without prejudice**, preserving the right to refile her claims at a later time.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action **without prejudice**, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 29, 2025

---

**Valeria Berry**
Pro Se Plaintiff

P.O. Box 14054
Detroit, MI 48214
Phone: (313) 722-0127
Email: vberry7114@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I filed the foregoing **Notice of Voluntary Dismissal Without Prejudice** with the Clerk of the Court [□ by using the CM/ECF system □ by hand delivery], which will send notification of such filing to all counsel of record.

In addition, I caused a true and correct copy of the same to be served by [□ U.S. Mail □ Email] upon counsel for Defendant at the following address:

Kimberly C. Williams
U.S. House of Representatives
Office of House Employment Counsel
4300 O'Neill House Office Building
Washington, DC 20515

Dated: August 29, 2025

_____

**Valeria Berry**
Pro Se Plaintiff

P.O. Box 14054
Detroit, MI 48214
Phone: (313) 722-0127
Email: vberry7114@gmail.com